UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In the Matter of the Arbitration Between )
)
BRIAN M. BITTNER,                         )   Civil Action No. 07 Civ. 07154 (PAC)
)
            Petitioner,                   )
)   **NOTICE OF MOTION**
        v.                                )
)
RBC CAPITAL MARKETS CORPORATION,          )
)
            Respondent.                   )
)

    PLEASE TAKE NOTICE that upon the Petition filed by petitioner Brian M. Bittner to vacate the award of the arbitrators dated May 8, 2007 and May 17 2007, the accompanying Memorandum of Law and the Affirmation of Ralph DeSena sworn to on September 10, 2007, the undersigned will move this Court before the Honorable Judge Paul A. Crotty, District Judge, at the United States Courthouse, 500 Pearl Street, New York, New York, on a date and time convenient for the Court, for an order dismissing the Petition herein with prejudice pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure and further relief as the Court may deem just and proper.

Dated: September 10, 2007        Respectfully submitted,

                                    RBC CAPITAL MARKETS CORPORATION

                                    By _____
                                    Ralph De$ena (RD-7565)
                                    Vice President & Senior Counsel
                                    Leslie Sobel (LS-5623)
                                    Senior Counsel
                                    RBC Capital Markets Corporation
                                    One Liberty Plaza, 5th Floor
                                    165 Broadway
                                    New York, NY  10006-1404
                                    Tel: 212-428-6203
                                    Fax: 212-858-7455
                                    ralph.desena@rbccm.com