UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In the Matter of the Arbitration Between<br><br>BRIAN M. BITTNER,<br><br>Petitioner,<br><br>v.<br><br>RBC CAPITAL MARKETS CORPORATION,<br><br>Respondent. | Civil Action No. 07 Civ. 07154 (PAC) |

## RESPONDENT RBC CAPITAL MARKETS CORPORATION'S RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Civil Rule 7.1 of the U.S. District Court for the Southern District of New York, the undersigned counsel for respondent RBC Capital Markets Corporation hereby certifies that RBC Capital Markets Corporation is an indirect, wholly-owned subsidiary of Royal Bank of Canada, which is publicly traded on the New York Stock Exchange and Toronto Stock Exchange.

Dated: September 10, 2007        Respectfully submitted,

RBC CAPITAL MARKETS CORPORATION

By _____
Ralph DeSena (RD-7565)
Vice President & Senior Counsel
Leslie Sobel (LS-5623)
Senior Counsel
RBC Capital Markets Corporation
One Liberty Plaza, 5th Floor
165 Broadway
New York, NY 10006-1404
Tel: 212-428-6203
Fax: 212-858-7455
ralph.desena@rbccm.com