UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------
BRIAN M. BITTNER,

                       Petitioner,

                                                              No. 07 Civ. 7154 (PAC)

     v.

RBC  CAPITAL MARKETS CORPORATION.,

                       Respondent.
----------------------------------------------------------------------

**PETITIONER'S MEMORANDUM IN OPPOSITION TO
RESPONDENT'S MOTION TO DISMISS**

                                                                                 RICHARD B. WOLF
                                                                                 Attorney for Petitioner
                                                                                 510 Haight Avenue
                                                                                 Poughkeepsie, NY 12603
                                                                                 (845) 454-1200