## TABLE OF AUTHORITIES

|  | *Page* |
|---|---|
| Banco del Seguros Estado v. Mutual Marine Office, Inc.<br>344 F.3d 255 (2d Cir. 2003) | 17, 20 |
| Chambers v. Time Warner, Inc.<br>282 F.3d 147, 152 (2d Cir. 2002) | 7 |
| Ciaramella v. Reader's Digest Association, Inc.<br>131 F.3d 320 (2d Cir. 1997) | 2, 11, 13, 16-18 |
| Matter of Dolgin Eldert Corp.<br>31 NY2d 1, 11 (1972) | 19 |
| Greenberg v. Bear, Stearns & Co.<br>220 F.3d 22, 26 (2d Cir. 2000) | 1, 11 - 14 |
| Hakala v. Deutsche Bank<br>2000 U.S. Dist. LEXIS 14016 (SDNY 2000) | 13 |
| Horphag Research Limited v. Hankel<br>115 F. Supp. 2d 455, 457 (S.D.N.Y. 2000) | 18 |
| Moses H. Cone Mem. Hosp. v. Mercury Constr. Corp.<br>460 U.S. 1, 25-26, note 32 | 1 |
| Silverman v. Member Brokerage Services<br>298 AD 2d 381 (2d Dept. 2002) | 19 |
| Westerbeke v. Daihatsu Motor Co., Ltd<br>162 F. Supp. 268 (2001) | 17, 20 |
| Winston v. Mediafare Entertainment Corporation<br>777 F.2d 78 (2d Cir. 1985) | 2, 13, 17 - 20 |

**Statutes and Rules:**

| | |
|---|---|
| Rule 12(b)(6) | 7 |
| Rule 56 | 7 |