**TABLE OF CONTENTS**

*Page*

PRELIMINARY STATEMENT                                                    1

FACTS                                                                    3

DISCUSSION                                                               7

    I.     The Standards Governing Respondent's Motion to     7
           Dismiss are Settled

    II.    The Petition Raises a Sufficiently Substantial Federal     8
           Question to Establish this Court's  Subject Matter
           Jurisdiction

    III.   The Award Should be Vacated on its Merits Under     14
           The Leading Second Circuit Cases Discussing Federal
           Common Law Contract Principles

    IV.   The February 21, 2007 Stipulation was not a Binding     17
           Agreement Under the Second Circuit's <u>Winston</u> and
           <u>Ciaramella</u> Decisions

CONCLUSION                                                              20