SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------------
BRIAN M. BITTNER,

                Petitioner,

    v.                              No. 07 CIV 7154 (PAC)

RBC CAPITAL MARKETS CORPORATION

                Respondent.
----------------------------------------------------------------------

## CERTIFICATE OF SERVICE

    I certify that Petitioner's Memorandum of Law in Opposition to Respondent's Motion to Dismiss has been served by electronic filing on the 24th day of September, 2007.

Dated: September 24 , 2007            _____/s/_____
                                                        RICHARD B. WOLF