UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In the Matter of the Arbitration Between

BRIAN M. BITTNER,

            Petitioner,

  - against -

RBC CAPITAL MARKETS CORPORATION,

           Respondent.
-------------------------------------------------------x

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 28 2008

07 Civ. 7154 (PAC)

ORDER

HONORABLE PAUL A. CROTTY, United States District Judge:

For reasons stated on the record in open court on Wednesday, February 27, 2008, respondent's motion to dismiss this matter pursuant to Federal Rule of Civil Procedure 12(b)(2) for lack of subject matter jurisdiction is granted. The Petition is dismissed. The Clerk of Court is directed to terminate this action.

Dated: February 27, 2008
       New York, NY

                                        SO ORDERED

                                        PAUL A. CROTTY
                                        United States District Judge