UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In the Matter of the Arbitration Between

BRIAN M. BITTNER,

                Petitioner,                07 **CIVIL** 7154 (PAC)

   -against-                              **JUDGMENT**

RBC CAPITAL MARKETS CORPORATION,
                Defendant.
-----------------------------------------------------------X

[USDC SDNY / DOCUMENT ELECTRONICALLY FILED / DOC #: ___ / DATE FILED: 3/3/08]

    Respondent having moved to dismiss pursuant to Fed. R. Civ. P. 12(b)(2), and the matter having come before the Honorable Paul A. Crotty, United States District Judge, and the Court, on February 27, 2008, having rendered its Order granting respondent's motion to dismiss and dismissing the petition, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 27, 2008, respondent's motion to dismiss is granted and the petition is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
         March 3, 2008

                                      J. MICHAEL McMAHON
                                      Clerk of Court
                       BY:
                                      Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____