UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------

BRIAN M. BITTNER,

Petitioner,

v.

RBC CAPITAL MARKETS CORPORATION,

Respondent.

------------------------------------------------------------

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-27-08

**NOTICE OF
APPEAL**

07 Civ. 7154 (PAC)

Notice is hereby given that Petitioner-Appellant, BRIAN M.

BITTNER, hereby appeals to the United States Court of Appeals for the

Second Circuit from the Judgment dismissing the Petition, and each and

every part thereof, entered in this action on the 3rd day of March, 2008.

Dated: March 26, 2008

RICHARD B. WOLF RW4666
Attorney for Petitioner-Appellant
510 Haight Avenue
Poughkeepsie, NY 12603
(845) 454-1200

2008 MAR 27  AM 11: 02
S.D. OF N.Y.
FILED
U.S. DISTRICT COURT

TO:    Ralph DeSena, Esq.
       Attorney for Respondent
       RBC Capital Markets Corp.
       One Liberty Plaza
       165 Broadway
       New York, NY 10006